# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2014

Robert P. Young, Jr.,
Chief Justice

149389(83)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MICHELLE R. BUTTON, f/k/a MICHELLE R. BROWN,

    Plaintiff-Appellee,

v

TIM BILLS TRUCKING, INC. and MICHAEL DQAYNE TYLER,

    Defendants-Appellants.

_____/

SC: 149389
COA: 306724
Osceola CC: 10-012170-NI

   On order of the Chief Justice, the motion of the defendants-appellants to file a reply to the response to the application for leave to appeal is GRANTED. The reply submitted on August 28, 2014 is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2014


_____  _____